**JACKSON LEWIS P.C.**
Stephanie J. Peet
Three Parkway
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249

ATTORNEYS FOR DEFENDANT

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY BOSLER, on behalf of herself and those similarly situated.<br>1050 Hosensack Road<br>Palm, PA 18070<br><br>and<br><br>DEBORAH TRANSUE, on behalf of herself and those similarly situated.<br>913 Spring Street<br>Bethlehem, PA 18018<br><br>and<br><br>DANA BROOKS<br>913 Spring Street<br>Bethlehem, PA 18018<br><br>      Plaintiffs.<br><br>v.<br><br>FRESENIUS MEDICAL CARE NORTH AMERICA<br>2820 Mitchell Avenue<br>Allentown, PA 18103<br><br>and<br><br>JOHN DOES 1-10<br><br>      Defendants. | Civil Action No.: 5:14-cv-01530-JLS |

# CORPORATE DISCLOSURE STATEMENT

Defendant, Bio-Medical Applications of Pennsylvania, Inc. ("BMA-PA") (improperly pled as "Fresenius Medical Care North America"), by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a non-governmental wholly-owned subsidiary of Bio-Medical Applications Management Company, Inc. ("BMA").  BMA, is a wholly owned subsidiary of National Medical Care, Inc. ("NMC"), which is a wholly owned subsidiary of Fresenius Medical Care Holdings, Inc. ("FMCH"), a privately held corporation.

        Respectfully submitted,

        JACKSON LEWIS P.C.

By:   /s/ Stephanie J. Peet
      Stephanie J. Peet (PA 91744)
      Three Parkway
      1601 Cherry Street
      Suite 1350
      Philadelphia, PA  19102-1317
      T: (267) 319-7802
      F: (215) 399-2249
      stephanie.peet@jacksonlewis.com

      ATTORNEYS FOR DEFENDANT

Dated:  March 17, 2014

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing Corporate Disclosure Statement to be served upon counsel of record, via ECF Filing and/or first-class mail, postage prepaid, this 17th day of March, 2014.

        Respectfully submitted,

        JACKSON LEWIS P.C.

By: /s/ Stephanie J. Peet
     Stephanie J. Peet (PA 91744)
     Three Parkway
     1601 Cherry Street
     Suite 1350
     Philadelphia, PA 19102-1317
     T: (267) 319-7802
     F: (215) 399-2249
     stephanie.peet@jacksonlewis.com

ATTORNEYS FOR DEFENDANT