IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SALLY BOSLER, et al.

v.                                                      C.A. NO. 14-1530

BIO-MEDICAL APPLICATIONS OF
PENNSYLVANIA D/B/A FRESENIUS
MEDICAL CARE, et al.

## ORDER

AND NOW, this 3rd day of February, 2015, upon consideration of defendant's motion to dismiss the Amended Complaint and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 18] is GRANTED.

It is further ORDERED that the Amended Complaint is DISMISSED with prejudice.

It is further ORDERED that the Clerk is DIRECTED to close this case for statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, J.